United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN MOOREHEAD,                                    No. C 09-02974 CRB

        Plaintiff,                               **ORDER OF DISMISSAL**

   v.

UNEMPLOYMENT,

        Defendant.
                                         /

On July 7, 2009, the Court issued an order dismissing Plaintiff's complaint with thirty days leave to amend. Thirty days have passed and Plaintiff has not filed an amended complaint. Accordingly, the case is hereby DISMISSED in its entirety and the case file is closed.

**IT IS SO ORDERED.**

Dated: August 17, 2009
                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE